## Adams *v*. Lasseter *et al*.

APPEAL from City Court of Montgomery.

Tried before the Hon. A. D. SAYRE.

W. L. MARTIN, for appellant.

R. L. HARMON and C. H. ROQUEMORE, for appellee.

This was an action of trover, brought by the appellant against the appellee, to recover damages for the conversion of two bales of cotton, one mule and one ox.

From a judgment in favor of the defendants, plaintiff appeals.

The judgment is reversed and the cause remanded.

Opinion by HARALSON, J.